FRED WOOD, Respondent, *v.* MARTIN SAUNDERS, Appellant.

(Argued November 26, 1930; decided January 6, 1931.)

*Benjamin Lifshitz, Alfred B. Nathan* and *S. Howard Imbrey* for appellant.

*Thomas J. Cuff* and *Milton Pinkus* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.